

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00374-CV

———————————————

In re V.D., Relator

———————————————

Original Proceeding
Trial Court Nos. 323-110015-19 & 323-111956-19

———————————————

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's (1) petition for writ of mandamus and writ of habeas corpus and (2) motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's (1) petition for writ of mandamus and writ of habeas corpus and (2) motion for emergency relief are denied.

Per Curiam

Delivered: October 11, 2019